UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-00110-KDB-SCR

| TRAVIS BAXTER, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) ORDER |
| EAKERS NURSERY AND TREE FARM, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Travis Baxter ("Plaintiff") filed this action on July 12, 2023, against several Defendants. [Doc. 1]. Plaintiff is proceeding in forma pauperis. [Docs. 2, 3]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 3]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff 21 days from July 20, 2023, to amend his Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 4].

More than 21 days have passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

Signed: August 14, 2023

Kenneth D. Bell
United States District Judge