# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Travis Baxter**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00110-KDB-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Eakers Nursery and Tree Farm | ) | |
| Alisa Eaker | ) | |
| Burlene Eaker | ) | |
| Raphael Martinez | ) | |
| Adrian Martinez | ) | |
| Norris Eaker**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2023 Order.

August 14, 2023

Katherine Hord Simon, Clerk
United States District Court